## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RUSSELL E. MACKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-cv-520-GKF-FHM |
| | ) | |
| BLUE BELL CREAMERIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

Pursuant to the court's order of February 12, 2015 [Dkt. #4], it is ordered that the plaintiff

Russell E. Mackey recover nothing, and the action be dismissed.

IT IS SO ORDERED this 12th day of February, 2015.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA